**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1455**

LAUNEIL SANDERS,

            Plaintiff - Appellant,

      v.

EPA ADMINISTRATOR; SCDHEC; ABITIBI BOWATER; INTERNATIONAL
PAPER COMPANY,

            Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.   R. Bryan Harwell, District
Judge.  (7:13-cv-02945-RBH)

Submitted:  October 21, 2014          Decided:  October 23, 2014

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Launeil Sanders, Appellant Pro Se.  Tamara N. Rountree, UNITED
STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Launeil Sanders appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. See Sanders v. EPA Adm'r, No. 7:13-cv-02945-RBH (D.S.C. Apr. 21, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2